# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
CB&I Federal Services LLC ) ASBCA No. 59163
)
Under Contract No. W912P8-08-C-0038 )

APPEARANCES FOR THE APPELLANT: Mark J. Meagher, Esq.
Joseph G. Martinez, Esq.
McKenna Long & Aldridge LLP
Denver, CO

APPEARANCES FOR THE GOVERNMENT: Thomas H. Gourlay, Jr., Esq.
Engineer Chief Trial Attorney
Stephan C. Roth, Esq.
Denise D. Frederick, Esq.
Judith E. Almerico, Esq.
Engineer Trial Attorneys
U.S. Army Engineer District,
New Orleans

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 2 July 2014

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59163, Appeal of CB&I Federal Services LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals